West Disinfecting Company, defendant in error, v. Lillian Koppelman, plaintiff in error. Gen. No. 24,956.

Error to the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed on authority of West Disinfecting Co. v. Koppelman, ante, p. 438. Opinion filed January 30, 1920. Rehearing denied February 10, 1920.

West & Eckhart, for plaintiff in error. Rosenthal, Hamill & Wormser, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

West Disinfecting Company, defendant in error, v. United States Sanitary Products Corporation, plaintiff in error. Gen. No. 24,957.

Error to the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed on authority of West Disinfecting Co. v. Koppelman, ante, p. 438. Opinion filed January 30, 1920. Rehearing denied February 10, 1920.

West & Eckhart, for plaintiff in error. Rosenthal, Hamill & Wormser, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

Joseph A. Cottam, appellee, v. National Mutual Church Insurance Company, appellant. Gen. No. 24,677.

Action to recover on fire insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles H. Bowles, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed February 11, 1920.

N. M. Jones, for appellant. Herbert E. Bradley, for appellee; Arthur W. Kilpatrick, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Northern Coal Company, appellee, v. Waushara Granite Company, appellant. Gen. No. 24,724.

Action to recover on account stated. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Courtney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed February 11, 1920.

George V. McIntyre, for appellant. Henry M. Hagan, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Barrett Manufacturing Company, appellee, v. City of Chicago et al. In re intervening petition of Frank M. Forrey, appellant. Gen. No. 24,786.

Suit to establish materialman's lien. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed February 11, 1920.

Daniel A. Levy, for appellant; Oliver B. Opsahl, of counsel. Edwin H. Cassels and Joseph B. Fleming, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.